17378.    MARSHALL *v.* THE STATE.

BROYLES, C. J.   1. The accused was tried under an accusation containing two counts. The first count charged the sale of whisky, and the second count charged the possession of whisky. Both counts alleged the same date, and upon the trial the same evidence was relied upon to convict under both counts. The jury returned a verdict of "guilty on the first count." The verdict was silent as to the second count. *Held*, that the verdict was not void for repugnancy. *Boyd* v. *State*, 156 *Ga.* 48 (118 S. E. 705), and cit.

2. The verdict was amply authorized, if not demanded, by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for another trial.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1926.   REHEARING DENIED AUGUST 4, 1926.

Violating liquor law; from city court of Macon—Judge Hall. April 9, 1926.

*Earl W. Butler,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1107, n. 28; p. 1108, n. 37; p. 1180, n. 74.

---

17385.    AARON *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1926.

Possessing intoxicating liquor; from Toombs superior court— Judge Hardeman.   March 23, 1926.

*Corbitt & Pope,* for plaintiff in error.

*Walter F. Grey, solicitor-general, G. W. Lankford,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.